■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM L. SMITH, Appellant. [57 NYS3d 918]—Appeal from a judgment of the Monroe County Court (John L. DeMarco, J.), rendered June 12, 2013. The judgment convicted defendant, upon his plea of guilty, of attempted course of sexual conduct against a child in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of attempted course of sexual conduct against a child in the first degree (Penal Law §§ 110.00,

130.75 [1] [b]). Contrary to defendant's contention, the record establishes that he knowingly, voluntarily, and intelligently waived his right to appeal (*see generally People v Lopez*, 6 NY3d 248, 255-256 [2006]), and we conclude that the valid waiver encompasses his challenge to the severity of the sentence (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Carni, J.P., Curran, Troutman, Winslow and Scudder, JJ.